```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHERRY L. PICKENS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3273 |
| | ) | |
| v. | ) | |
| | ) | |
| MILLARD LUMBER, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from April 11 to **April 13, 2007** at 9:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 27th day of March, 2007.

                                        BY THE COURT

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge