```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

SHERRY L. PICKENS,              )
                                )
              Plaintiff,        )         4:06CV3273
                                )
      v.                        )
                                )
MILLARD LUMBER, INC.,           )         ORDER
                                )
              Defendant.        )
                                )
```

The Rule 16 planning conference was continued on the court's own motion to April 13, 2007 at 9:00. Filing 10. Defendant's counsel has reported to the court that he is unable to participate on that date.

IT THEREFORE HEREBY IS ORDERED,

Defendant's unopposed oral motion to reschedule the Rule 16 telephone planning conference is granted and the telephone conference is rescheduled to **April 20, 2007** at 9:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 28th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge