```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

SHERRY L. PICKENS,            )
                              )
            Plaintiff,        )          4:06CV3273
                              )
      v.                      )
                              )
MILLARD LUMBER, INC.,         )          ORDER
                              )
            Defendant.        )
                              )

   Following a telephone conference with counsel,

   IT IS ORDERED:

   1.  Defendant's motion to reinstate pending motions, filing 37, is granted.

   2.  The mediation reference order, filing 35, is withdrawn, and the final progression order, filing 18, and the pending summary judgment motion, filing 24, are reinstated.

   DATED this 9th day of October, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge