IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY L. PICKENS, | ) | 4:06CV3273 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MILLARD LUMBER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is scheduled for trial on November 13, 2007. I have considered the defendant's motion for summary judgment and find that it must be granted. An opinion and a judgment will be issued soon. Accordingly,

IT IS ORDERED that this case is removed from the trial calendar and the pretrial conference is cancelled. My chambers shall notify Judge Piester.

October 24, 2007.	BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge